**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MOHAMMED AL-ADAHI**, <u>et</u> <u>al.</u>, : | |
| : | |
| **Petitioners,** : | |
| : | |
| **v.** : | **Civil Action No. 05-280 (GK)** |
| : | |
| **BARACK H. OBAMA**, <u>et</u> <u>al.</u>, : | |
| : | |
| **Respondents.** : | |
| _____: | |

<u>**ORDER**</u>

A Status Conference was held in this case on May 27, 2009, which took place on the record and via telephone. Upon consideration of the issues raised in Petitioners' Motion for Status Conference [Dkt. No. 360], representations of the parties, and the entire record herein, it is hereby

**ORDERED**, that the Government shall consult with the appropriate agencies to determine whether copies of certain de-classified documents can be made available to Petitioner Bawazir in advance of his June 1, 2009, morning meeting with counsel; and it is further

**ORDERED**, that the Government shall consult with the appropriate agencies to determine whether Petitioner Al-Adahi's detention at a certain camp at Guantanamo Bay would permit him to engage in a lengthier review of de-classified information than is now available to him; and it is further

**ORDERED**, that by **5:00 p.m. on June 5, 2009**, the Government shall file a Praecipe stating whether it has completed its search

for video records showing Petitioner Al-Adahi being forcibly extracted from his cell, and whether that search yielded any video records; and it is further

**ORDERED,** that by **5:00 p.m. on May 28, 2009,** counsel for Petitioner Bawazir shall file a Praecipe informing the Court as to how it wishes to proceed with the briefing schedule in view of the fact that the Government will be submitting new evidence; and it is further

**ORDERED,** that the schedule for the Merits Hearing will be as follows: Petitioner Al-Adahi's case will be heard on June 22 and June 23, 2009; Petitioner Bawazir's case will be heard on June 24 and 25, 2009; and Petitioner Hamdoun's case will be heard on June 29 and 30, 2009.

|  | /s/ |
|---|---|
| May 27, 2009 | Gladys Kessler<br>United States District Judge |

**Copies to:** Attorneys of Record via ECF